UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| NOE AMAYA LOPEZ,<br><br>    Petitioner,<br><br>    v.<br><br>VERNON LIGGINS,<br>*in his official capacity as Acting Field Office Director in charge of ICE Baltimore Field Office as well as Warden, Worcester County Detention Center*,<br>PAMELA JO BONDI, *U.S. Attorney General*,<br>KRISTI NOEM,<br>*Secretary of Homeland Security*, and<br>TODD M. LYONS,<br>*in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*,<br><br>    Respondents. | Civil Action No. 26-0159-TDC |

**ORDER**

For the reasons stated during the February 5, 2026 Case Management Conference, it is hereby ORDERED that:

1. Petitioner's Motion to Enforce the Court's Habeas Corpus Order and Compel Return of Petitioner, ECF No. 13, is accepted as filed.

2. No later than **Tuesday, February 10, 2026 at 5:00 p.m.**, Respondents shall file a memorandum in opposition to the Motion and show cause as to why Respondents' actions did not violate any part of the Court's Order in ECF No. 9.

3. With its filing, Respondents must produce to the Court all documents in the possession or control of Respondents relating in any way to Petitioner—including related to his

immigration proceedings, his voluntary departure, or his Petition—that were created or sent from January 21, 2026 to present, including but not limited to emails, text messages, or other correspondence.

4. Petitioner's reply brief, along with any supporting affidavits or other evidence, is due no later than **Thursday, February 12, 2026**.

Date:  February 9, 2026

                                                  /s/
THEODORE D. CHUANG
United States District Judge