UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

NOE AMAYA LOPEZ,

    Petitioner,

v.

VERNON LIGGINS,
*in his official capacity as Acting Field Office Director in charge of the ICE Baltimore Field Office as well as Warden, Worcester County Detention Center,*
PAMELA JO BONDI, *U.S. Attorney General,*
KRISTI NOEM,
*Secretary of Homeland Security,* and
TODD M. LYONS,
*in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,*

    Respondents.

Civil Action No. 26-0159-TDC

## ORDER

Petitioner Noe Amaya Lopez has filed a Motion to Enforce Habeas Corpus Order and Compel Return of Petitioner, which is now fully briefed. Upon review of the filings, the Court finds that it requires additional information in order to rule on the Motion.

Accordingly, it is hereby ORDERED that, within **7 days** of the date of this Order, Respondents shall supplement the record by filing with the Court copies of (1) the transcript of Petitioner's January 28, 2026 bond hearing; (2) all regulations, policies, or procedures relating to access to legal calls between ICE detainees and counsel; (3) all regulations, policies, or procedures relating to the payment of a bond, including any relating to deadlines for paying a bond; and (4)

all regulations, policies, or procedures relating to the process of securing an agreement to voluntary departure and executing on any such agreement.

Date:  February 27, 2026

_____
THEODORE D. CHUANG
United States District Judge